UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDESBANK BADEN-WÜRTTEMBERG, GEORGES QUAY FUNDING I LIMITED, SPENCERVIEW ASSET MANAGEMENT LIMITED and CALEDONIAN TRUST (CAYMAN) LIMITED, ACTING IN ITS CAPACITY AS TRUSTEE OF THE LEVERAGED ACCRUAL ASSET MANAGEMENT SUB-TRUST, A SUB-TRUST OF THE PANACEA TRUST, THE LEVERAGED ACCRUAL ASSET MANAGEMENT II SUB-TRUST, A SUB-TRUST OF THE PANACEA TRUST, AND THE LEVERAGED ACCRUAL ASSET MANAGEMENT XI SUB-TRUST, A SUB-TRUST OF THE PIVOT MASTER TRUST,

                Plaintiffs,

    – against –

RBS HOLDINGS USA INC., RBS SECURITIES INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.), RBS ACCEPTANCE INC. (f/k/a GREENWICH CAPITAL ACCEPTANCE, INC.) and RBS FINANCIAL PRODUCTS INC. (f/k/a GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.),

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/14

**ORDER**

12 Civ. 5476 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within sixty days of

this order, any party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

Dated: New York, New York  
August 21, 2014

SO ORDERED.

*Paul G. Gardephe*  
Paul G. Gardephe  
United States District Judge