# Labaton Sucharow

David J. Goldsmith
Partner
212 907 0879 direct
212 883 7079 fax
dgoldsmith@labaton.com

November 18, 2014

By ECF

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Re:   *Landesbank Baden-Württemberg, et al. v. RBS Holdings USA Inc.*,
       No. 12 Civ. 5476 (PGG)

Dear Judge Gardephe:

We represent the Plaintiffs in the above-referenced action. On August 20, 2014, we advised the Court that the parties reached an agreement-in-principle to settle this action (ECF No. 40). On August 21, 2014, the Court issued an Order dismissing the action with prejudice but permitting any party to apply by letter to restore the action to the calendar if the settlement is not consummated within 60 days (ECF No. 41). On October 17, 2014, the Court granted the parties' application to extend that 60-day period by 30 days (ECF No. 43).

The parties are continuing to negotiate the settlement agreement, and expect to be able to complete their negotiations and sign an agreement within the next 30 days. Because the current period expires tomorrow, November 19, 2014, the parties respectfully request that the Court extend the deadline for reinstatement for a further 30 days.

In the alternative, Plaintiffs are constrained to respectfully request that this action be restored to the Court's calendar.

Respectfully submitted,

*/s/ David J. Goldsmith*

David J. Goldsmith

**Labaton Sucharow**

Hon. Paul G. Gardephe
United States District Judge
November 18, 2014
Page 2

DJG/idi

cc:   All Counsel of Record
      (by ECF)